ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3,<br><br>Plaintiff,<br><br>vs.<br><br>TRACCIA COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01802-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO TRACCIA COMMUNITY ASSOCIATION'S MOTION TO DISMISS COMPLAINT**<br><br>[FIRST REQUEST] |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3 (**BoNYM**), and Defendant Traccia Community Association (**HOA**) stipulate as follows:

1

42765532;1

1. HOA filed its motion to dismiss on August 21, 2017. [ECF No. 7]. BoNYM's response is currently due on September 5, 2017.

2. The parties hereby stipulate and agree BoNYM shall have twenty-one (21) additional days to file its response. The new deadline for BoNYM to file its response to HOA's motion to dismiss shall be September 26, 2017.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay. The additional time requested is to allow counsel to meaningful respond to the arguments raised in the motion.

DATED August 31, 2017.

| **AKERMAN LLP** | **BOYACK ORME & TAYLOR** |
|---|---|
| /s/ Tenesa S. Scaturro<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3* | /s/ Colli McKiever<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W Sahara Ave Suite 101<br>Las Vegas, NV 89117<br><br>*Attorneys for Traccia Community Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: September 6, 2017

42765532;1