ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA SCATURRO POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3, <br><br> Plaintiff, <br><br> vs. <br><br> TRACCIA COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:17-cv-01802-JCM-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> [FIRST REQUEST] |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3 (**BoNYM**), and Defendants Traccia Community Association (**HOA**) and SFR Investments Pool 1, LLC (**SFR**), by and through their respective counsel of record, and hereby

jointly submit this Stipulation and Order to Extend Discovery Deadlines (First Request) pursuant to LR IA 6-1 and LR 26-4. This is the first stipulation to extend the discovery deadlines set by the Scheduling Order (ECF No. 28) entered by the Court on October 23, 2017.

A.  **STATEMENT SPECIFYING THE DISCOVERY COMPLETED**

1.  **Rule 26 Disclosures**

Plaintiff BoNYM served its Initial Disclosures on October 20, 2017.

Defendant HOA served its Initial Disclosures on October 10, 2017

Plaintiff BoNYM served its First Supplement to Initial Disclosures on December 1, 2017.

Plaintiff BoNYM served it Second Supplement to Initial Disclosures on December 5, 2017.

Plaintiff BoNYM served it Third Supplement to Initial Disclosures on December 12, 2017.

Plaintiff BoNYM served it Initial Expert Disclosures on December 21, 2017.

2.  **Written Discovery**

Plaintiff BoNYM served its first set of interrogatories, requests for admissions and requests for production of documents to SFR on November 3, 2017.

Plaintiff BoNYM served its first set of interrogatories, requests for admissions and requests for production of documents to HOA on November 3, 2017.

Defendant HOA served its responses to requests for production of documents, response to requests for admission and answers to interrogatories on December 5, 2017.

Defendant SFR served its responses to requests for production of documents, response to requests for admission and answers to interrogatories on December 7, 2017.

Defendant SFR served its first set of interrogatories, requests for admissions and requests for production of documents on January 17, 2018.

3.  **Depositions**

SFR's Deposition of BoNYM is scheduled for February 16, 2018.

BoNYM's Deposition of HOA Trustee Nevada Association Services, Inc. was held on January 19, 2018.

2

43915148;1
43988519;1

**B. STATEMENT OF DISCOVERY REMAINING TO BE COMPLETED**

SFR's deposition of BoNYM.

BoNYM's deposition of the HOA.

The parties reserve the right to conduct any additional discovery.

**C. REASONS WHY AN EXTENSION IS REQUIRED**

SFR has scheduled the deposition for BoNYM for February 16, 2018. The parties are in the process of meeting and conferring regarding the deposition topics and have agreed that BoNYM will respond to written discovery in order to potentially limit the deposition topics. SFR served written discovery on BoNYM on January 17, 2018. The parties have agreed to conduct BoNYM's deposition within the second week of March so that BoNYM can respond to discovery and based upon BoNYM's witness availability.

**D. PROPOSED SCHEDULE FOR ALL REMAINING DISCOVERY**

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery Cut-Off: | Tuesday, February 20, 2018 | **March 23, 2018** |
| Dispositive Motions Deadline: | Thursday, March 22, 2018 | **April 24, 2018** |
| Pretrial Order Deadline: | Monday, April 23, 2018 | **May 23, 2018** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

43915148;1
43988519;1

E.  **CURRENT TRIAL DATE**

The court **has not** yet set a trial date.

Based on the foregoing, the parties respectfully request the court extend the remaining discovery deadlines, by approximately 30 days.

The parties make this request in good faith and believe good cause exists for extending these deadlines.

DATED February 2, 2018.

| **AKERMAN LLP** /s/ Tenesa Scaturro Powell<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA SCATURRO POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3* | **BOYACK ORME & TAYLOR** /s/Colli McKiever<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W Sahara Ave Suite 101<br>Las Vegas, NV 89117<br>*Attorneys for Traccia Community Association* |
|---|---|
| **KIM GILBERT EBRON** /s/Diana S. Ebron, Esq.<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | |

**ORDER**

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: February 5, 2018

4

43915148;1
43988519;1