ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3,<br><br>Plaintiff,<br><br>vs.<br><br>TRACCIA COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-01802-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>[SECOND REQUEST] |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3 (**BoNYM**), and Defendants Traccia Community Association (**HOA**) and SFR Investments Pool 1, LLC (**SFR**), by and through their respective counsel of record, and hereby jointly submit this Stipulation and Order to Extend Discovery Deadlines (Second Request) pursuant to

1

LR IA 6-1 and LR 26-4. This is the second stipulation to extend the discovery deadlines set by the first request to extend discovery deadline (ECF No. 32) entered by the Court on February 5, 2018.

A. **STATEMENT SPECIFYING THE DISCOVERY COMPLETED**

**1. Rule 26 Disclosures**

Plaintiff BoNYM served its Initial Disclosures on October 20, 2017.

Defendant HOA served its Initial Disclosures on October 10, 2017

Plaintiff BoNYM served its First Supplement to Initial Disclosures on December 1, 2017.

Plaintiff BoNYM served it Second Supplement to Initial Disclosures on December 5, 2017.

Plaintiff BoNYM served it Third Supplement to Initial Disclosures on December 12, 2017.

Plaintiff BoNYM served it Initial Expert Disclosures on December 21, 2017.

Plaintiff BoNYM served it Fourth Supplement to Initial Disclosures on February 19, 2018.

**2. Written Discovery**

Plaintiff BoNYM served its first set of interrogatories, requests for admissions and requests for production of documents to SFR on November 3, 2017.

Plaintiff BoNYM served its first set of interrogatories, requests for admissions and requests for production of documents to HOA on November 3, 2017.

Defendant HOA served its responses to requests for production of documents, response to requests for admission and answers to interrogatories on December 5, 2017.

Defendant SFR served its responses to requests for production of documents, response to requests for admission and answers to interrogatories on December 7, 2017.

Defendant SFR served its first set of interrogatories, requests for admissions and requests for production of documents on January 17, 2018.

Plaintiff BoNYM served responses to requests for production of documents, response to requests for admission and answers to interrogatories on February 19, 2018.

. . .

. . .

. . .

43915148;1
44553030;1

**3. Depositions**

BoNYM's Deposition of HOA Trustee Nevada Association Services, Inc. was held on January 19, 2018.

**B. STATEMENT OF DISCOVERY REMAINING TO BE COMPLETED**

SFR's deposition of BoNYM. BoNYM's deposition of the HOA. The parties reserve the right to conduct any additional discovery.

**C. REASONS WHY AN EXTENSION IS REQUIRED**

Depositions in this matter were stayed pending this court's decision on BANA's motion for protective order in *Bank of America, N.A. v. Lake Mead Court Homeowners Ass'n, et al.*, D. Nev. Case No. 2:16-cv-00504-GMN-NJK, ECF No. 70. *See* ECF No. 34. A decision on the *Lake Mead* motion was issued on March 14, 2018. *See* ECF No. 82 in the *Lake Mead* case. The parties request an extension of discovery to accommodate the scheduling of SFR's deposition of BoNYM. Given counsel and witness availability, the parties anticipate scheduling BoNYM's deposition in late April or early May 2018.

**D. PROPOSED SCHEDULE FOR ALL REMAINING DISCOVERY**

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery Cut-Off: | March 23, 2018 | **May 30, 2018** |
| Dispositive Motions Deadline: | April 24, 2018 | **June 29, 2018** |
| Pretrial Order Deadline: | May 23, 2018 | **July 30, 2018** |

. . .

. . .

. . .

. . .

. . .

3

43915148;1
44553030;1

E. **CURRENT TRIAL DATE**

The court **has not** yet set a trial date.

Based on the foregoing, the parties respectfully request the court extend the remaining discovery deadlines, by approximately 68 days.

The parties make this request in good faith and believe good cause exists for extending these deadlines.

DATED March 28, 2018.

| **AKERMAN LLP** | **BOYACK ORME & TAYLOR** |
|---|---|
| /s/ Tenesa Powell<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for The Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-3 Mortgage Pass-Through Certificates, Series 2006-3* | /s/ *Colli McKiever*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W Sahara Ave Suite 101<br>Las Vegas, NV 89117<br>*Attorneys for Traccia Community Association* |
| **KIM GILBERT EBRON**<br><br>/s/ *Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | |

## ORDER

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: March 30, 2018

43915148;1
44553030;1